IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAUREN HARTSFIELD, as
Personal Representative of
JAMES HARTSFIELD, deceased.                                              PLAINTIFF

VS.                             CASE NO. 4:19-CV-00341-JM

BRITTANY GUNN, individually
The CITY OF LITTLE ROCK, ARKANSAS
A municipal corporation, and LOCAL UNION
L.L.C. a limited liability corporation.                                  DEFENDANTS

ORDER

The Court has been advised that the parties have reached a settlement agreement in this case; it is therefore dismissed with prejudice.

IT IS SO ORDERED this 30th day of December, 2021.

_____
Honorable James Moody Jr.
United States District Judge